# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Radford Fisher,<br><br>    Plaintiff,<br><br>v.<br><br>Qantas Airways Limited,<br><br>    Defendant. | NO. CV-20-00362-TUC-JCH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 23, 2021, this case shall be transferred to the Central District of California. Plaintiff to take nothing, and this matter is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 23, 2021

By    s/ B. Cortez
      Deputy Clerk